DeAnthony DOANE, Petitioner–Appellant,

v.

Gene JOHNSON, Director of Virginia Department of Corrections, Respondent–Appellee.

No. 10–6488.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2011.

Decided: Dec. 8, 2011.

DeAnthony Doane, Appellant Pro Se.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In *Doane v. Johnson,* 454 Fed.Appx. 230, 2011 WL 5822356 (4th Cir.2011) (unpublished), we denied a certificate of appealability and dismissed DeAnthony Doane's appeal of the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. In the subject appeal, Doane seeks to appeal from the identical district court order. In light of our decision in No. 11–6675, we hold that this appeal is moot. Accordingly, we deny a certificate of appealability and dismiss the

appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*